Timothy E. Corriston
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
Tel: (973) 535-0500
Fax: (973) 535-9217
Attorneys for Plaintiff
Borough of Edgewater

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>       Plaintiff,<br><br>v.<br><br>WATERSIDE CONSTRUCTION, LLC;<br>38 COAH, LLC;<br>DAIBES BROTHERS, INC.;<br>NORTH RIVER MEWS ASSOCIATES, LLC;<br>FRED A. DAIBES;<br>TERMS ENVIRONMENTAL SERVICES, INC.;<br>ALCOA INC. (formerly known as "Aluminum Company of America");<br>ALCOA DOMESTIC LLC, as successor in interest to A.P. NEW JERSEY, INC.;<br>JOHN DOES 1-100; and ABC CORPORATIONS 1-100<br><br>and<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; AND FRED A. DAIBES,<br><br>       Defendants/Third Party Plaintiffs,<br><br>v.<br><br>NEGLIA ENGINEERING ASSOCIATES,<br><br>       Third Party Defendants | Civil Action No.:2:14-CV-05060 (ES-MAH)<br><br>*Electronically Filed*<br><br>**SECOND AMENDED COMPLAINT** |

3387813-1