CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068
Tel: (973) 535-0500
Attorneys for Plaintiff,
Borough of Edgewater

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br>      Plaintiff,<br><br>vs.<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES; TERMS ENVIRONMENTAL SERVICES, INC.; ALCOA, INC. (f/k/a "Aluminum Company of America"); ALCOA DOMESTIC, LLC, as successor in interest to A.P. NEW JERSEY, INC.; JOHN DOES 1-100; and ABC CORPORATIONS 1-100,<br>      Defendants,<br><br>and<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; and FRED A. DAIBES,<br>      Defendants/Third Party Plaintiffs,<br><br>v.<br><br>NEGLIA ENGINEERING ASSOCIATES,<br>      Third Party Defendants,<br><br>and<br><br>ALCOA DOMESTIC, LLC as successor in interest to A.P. NEW JERSEY, INC.,<br>      Defendant/Third-Party Plaintiff,<br><br>v.<br><br>COUNTY OF BERGEN and RIVER ROAD IMPROVEMENT PHASE II, INC.,<br>      Third-Party Defendants. | Civil Action No.:2:14-CV-05060 (JMV-JBC)<br><br>**CERTIFICATION OF SERVICE** |

-2-

I hereby certify that on January 23, 2017, I caused Plaintiff's Memorandum of Law In Opposition to the Alcoa Defendant's Motion to Consolidate, Certification of Timothy E. Corriston, Esq. with exhibits thereto, and this Certification of Service to be electronically filed today in accordance with L. Civ. R. 5.2 with the United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102.

I further certify that I caused to be served the aforementioned motion papers on behalf of Plaintiff on all counsel by electronic filing.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:  January 23, 2017            By:     *s/Timothy E. Corriston*
                                            Timothy E. Corriston, Esq.
                                            Connell Foley LLP
                                            85 Livingston Avenue
                                            Roseland, New Jersey 07068
                                            (973) 535-0500
                                            (973) 535-9217
                                            *Attorneys for Plaintiff*
                                            *Borough of Edgewater*