## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br>Plaintiff,<br><br>vs.<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC;<br>DAIBES BROTHERS, INC.; NORTH RIVER MEWS<br>ASSOCIATES, LLC; FRED A. DAIBES; TERMS<br>ENVIRONMENTAL SERVICES, INC.; ALCOA, INC.<br>(f/k/a "Aluminum Company of America"); ALCOA<br>DOMESTIC, LLC, as successor in interest to A.P. NEW<br>JERSEY, INC.; JOHN DOES 1-100; and ABC<br>CORPORATIONS 1-100,<br>Defendants,<br><br>and<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC;<br>DAIBES BROTHERS, INC.; NORTH RIVER MEWS<br>ASSOCIATES, LLC; FRED A. DAIBES,<br>Defendants/Third Party Plaintiffs,<br><br>v.<br><br>NEGLIA ENGINEERING ASSOCIATES,<br>Third Party Defendants,<br><br>and<br><br>ALCOA DOMESTIC, LLC, as successor in interest to A.P.<br>NEW JERSEY, INC.,<br>Defendant/Third –Party Plaintiff,<br><br>v.<br><br>COUNTY OF BERGEN and RIVER ROAD<br>IMPROVEMENT PHASE II, INC.,<br>Third-Party Defendants. | Civil Action Nos.:<br>2:14-CV-05060<br>2:14-CV-08129<br><br>**ORDER** |

**THIS MATTER** having come before the Special Master by way of application of

counsel for the "Alcoa" Defendants, seeking permission to implead Hudson Spa, LLC, and for good cause shown, the request is **granted**.


        **SO ORDERED** this 31ˢᵗ day of October, 2017;


_____
**DENNIS M. CAVANAUGH, U.S.D.J. (Ret.)**
**SPECIAL MASTER**

2