Kevin C. Corriston, Esq.
(Attorney ID 041251988)
**BRESLIN AND BRESLIN, P.A.**
41 Main Street
Hackensack, New Jersey 07601
(201) 342-4014
Attorneys for Defendant,
Hudson Spa, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>*Plaintiff,*<br><br>vs.<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH, LCC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES; TERMS ENVIRONMENTAL SERVICES, INC.; ALCOA INC (formerly known as "Aluminum Company of America"); ALCOA DOMESTIC LLC, as successor in interest to A.P. NEW JERSEY, INC.; HUDSON SPA, LLC; JOHN DOES 1-100; and ABC CORPORATIONS 1-100,<br><br>*Defendants,*<br><br>and<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC and FRED A. DAIBES,<br><br>*Defendants/Third Party Plaintiffs,*<br><br>vs.<br><br>NEGLIA ENGINEERING ASSOCIATES,<br><br>*Third Party Defendant,*<br><br>and | Civil Action No. 2:14-cv-05060-JMV-JBC<br><br>APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil Rule 6.1(b)] |

ALCOA DOMESTIC, LLC as successor in interest to A.P. NEW JERSEY, INC.,

        *Defendant/Third Party Plaintiff,*

vs.

COUNTY OF BERGEN and RIVER ROAD IMPROVEMENT PHASE II, INC., and HUDSON SPA, LLC,

        *Third Party Defendants.*

Application is hereby made for a Clerk's Order extending time within which Defendant, Hudson Spa, LLC, may answer, move, or otherwise reply to the Fifth Amended Complaint filed by Plaintiff and it is represented that:

(a) No previous extension has been obtained;

(b) Service of process on Defendant, Hudson Spa, LLC, was effected on March 19, 2018; and

(c) Time to Answer, Move or otherwise reply expired on April 9, 2018.

(d) Defendant, Hudson Spa, LLC, hereby requests that the time within which it may file an Answer, move, or otherwise reply to the Fifth Amended Complaint herein be extended by seven (7) days to June 1, 2018.

BRESLIN AND BRESLIN, P.A.
Attorneys for Defendant, Hudson Spa, LLC

By: _____
Kevin G. Corriston, Esq.
41 Main Street
Hackensack, NJ 07601

Dated: May 25, 2018

The above application is ORDERED GRANTED extended to 6/4/2018

ORDER DATED: 6/1/18

By: _____
Judge James B. Clark, III