**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
(973) 848-4000
*Attorneys for Arconic Inc. (f/k/a Alcoa Inc.)
and Arconic Domestic, LLC (f/k/a Alcoa
Domestic, LLC as successor in interest
to A.P. New Jersey, Inc.)*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER, | Case No.: 2:14-CV-05060-JMV-JBC |
| Plaintiff, | Hon. John M. Vazquez, U.S.D.J. |
| v. | Hon. James B. Clark, III, U.S.M.J. |
| WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES; TERMS ENVIRONMENTAL SERVICES, INC.; ALCOA INC. (formerly known as "Aluminum Company of America"); ALCOA DOMESTIC LLC, as successor in interest to A.P. NEW JERSEY, INC.; JOHN DOES 1-100; and ABC CORPORATIONS 1-100, | **NOTICE OF MOTION** |
| Defendants, | |
| and | |
| WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; and FRED A. DAIBES, | |

|  |
|---|
| Defendants/Third-Party Plaintiffs, |
| v. |
| NEGLIA ENGINEERING ASSOCIATES, |
| Third-Party Defendant, |
| and |
| ALCOA DOMESTIC, LLC, as successor in interest to A.P. NEW JERSEY, INC., |
| Defendant/Third-Party Plaintiff, |
| v. |
| COUNTY OF BERGEN and RIVER ROAD IMPROVEMENT PHASE II, INC., and HUDSON SPA, LLC, |
| Third-Party Defendants. |

To: **COUNSEL:**

**PLEASE TAKE NOTICE** that on January 22, 2019 at 9:00 a.m., or on such date and at such time as counsel may be heard, Defendants/Third-Party Plaintiffs Arconic Inc. (f/k/a Alcoa Inc.) and Arconic Domestic, LLC (f/k/a Alcoa Domestic, LLC as successor in interest to A.P. New Jersey, Inc.) (collectively "Arconic"), through their attorneys, K&L Gates LLP, will move this Court, before the Honorable John Michael Vazquez, U.S.D.J., at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for

entry of an Order in the form annexed hereto granting Arconic's motion to stay this proceeding.

**PLEASE TAKE FURTHER NOTICE** that Arconic shall rely upon the supporting Brief and the Certification of Dana B. Parker, with exhibits attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, if opposed, Arconic requests oral argument in this matter.

Dated:   Newark, New Jersey
         December 17, 2018

By: _____
Dana Parker, Esq.
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
(973) 848-4000
*Attorneys for Arconic Inc. (f/k/a Alcoa Inc.) and Arconic Domestic, LLC (f/k/a Alcoa Domestic, LLC as successor in interest to A.P. New Jersey, Inc.)*

3