**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
(973) 848-4000
*Attorneys for Arconic Inc. (f/k/a Alcoa Inc.)
and Arconic Domestic, LLC (f/k/a Alcoa
Domestic, LLC as successor in interest
to A.P. New Jersey, Inc.)*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>        Plaintiff,<br><br>    v.<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES; TERMS ENVIRONMENTAL SERVICES, INC.; ALCOA INC. (formerly known as "Aluminum Company of America"); ALCOA DOMESTIC LLC, as successor in interest to A.P. NEW JERSEY, INC.; JOHN DOES 1-100; and ABC CORPORATIONS 1-100,<br><br>        Defendants,<br><br>and<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; and FRED A. DAIBES, | Case No.: 2:14-CV-05060-JMV-JBC<br><br>Hon. John M. Vazquez, U.S.D.J.<br>Hon. James B. Clark, III, U.S.M.J.<br><br><br>**ORDER** |

|  |
|---|
| Defendants/Third-Party Plaintiffs, |
| v. |
| NEGLIA ENGINEERING ASSOCIATES, |
| Third-Party Defendant, |
| and |
| ALCOA DOMESTIC, LLC, as successor in interest to A.P. NEW JERSEY, INC., |
| Defendant/Third-Party Plaintiff, |
| v. |
| COUNTY OF BERGEN and RIVER ROAD IMPROVEMENT PHASE II, INC., and HUDSON SPA, LLC, |
| Third-Party Defendants. |

**THIS MATTER** having come before the Honorable John M. Vazquez, U.S.D.J., upon application of K&L Gates LLP, counsel for Defendants/Third-Party Plaintiffs Arconic Inc. (f/k/a Alcoa Inc.) and Arconic Domestic, LLC (f/k/a Alcoa Domestic, LLC as successor in interest to A.P. New Jersey, Inc.), (collectively "Arconic"); and the Court having reviewed all submissions of the parties in support of and in opposition to Arconic's motion to stay; and for good cause having been shown:

2

**IT IS on this _____ day of _____ 2019,**

**ORDERED** that Arconic's motion to stay is hereby GRANTED; and it is further

**ORDERED** that the proceedings in *Borough of Edgewater v. Waterside Construction, LLC, et al.*, No. 2:14-CV-05060 and *North River Mews Associates, LLC, et al. v. Alcoa Corporation et al.*, No. 2:14-cv-08129 shall stay pending the outcome of the criminal case captioned *United States of America v. Fred Daibes and Michael McManus*, No 2:18-cr-00655-JLL (D.N.J.).

_____
Hon. John M. Vazquez, U.S.D.J.