# EXHIBIT B

2643092v1

# TERMS
*Environmental Services, Inc.*

599 Springfield Avenue, Berkeley Heights, NJ 07922

June 6, 2012

Gregory S. Franz
Borough Administrator
916 River Road
Edgewater, NJ

RE: Request for Proposal – Site Remediation
Veterans Field, Edgewater, NJ

Dear Mr. Franz:

Per your request, TERMS Environmental Services Inc. prepared this proposal to address the requirements for the next stage of remediation related to the contaminated soils/historic fill detected at the above referenced location.

This proposal has been developed based on the discussions that took place with representatives from TERMS, Borough of Edgewater and Neglia Engineering.

## TASK 2 - HASP, RAW, RAR & DEED NOTICE Reporting

TERMS will provide the safety/environmental reporting related to the soil remediation that will be performed by others.

TERMS will prepare a Health and Safety Plan (HASP) and Remedial Action Workplan (RAW) for this phase of the project.

Upon completion of the capping, TERMS will prepare the establishment of an institutional control, in the form of a Deed Notice for the entire site, which will be recorded.

An annual Remedial Action Permit for the soil as well as biennial certifications of the site conditions will also be required as included in Task 6. Please note that the recently adopted Site Remediation reform Act (SRRA) requires that a Licensed Site Remediation Professional (LSRP) be involved to provide oversight and to submit the required documents and to issue the appropriate approvals. A description of the proposed LSRP task/scope is included as Task 6 of this proposal.

This task also includes the Preparation of a Remedial Action Reports (RAR) and Preliminary RAW for groundwater remediation.

**Cost Estimate Task 2**      **$ 14,500.00**

T0061219

## TASK 3-Oversight for hot spot soil remediation

TERMS will provide the environmental oversight related to the soil remediation that will be performed by others. Included in this task are the supervision and documentation of all activities by a NJDEP certified sub-surface evaluator and LSRP.

For the purposes of this proposal we assume that the soil remediation of the hot spots will take up to 5 days to complete. If additional time is required it will be billed at $ 750/day (including all travel time and expenses).

### 4- PCB Areas of Concern

Based on the preliminary investigation results, it appears that the soils in four areas of approximately 30' x 30' to a depth of approximately 3 feet, has been moderately impacted by PCB contamination. In order to address the PCB soil contamination, these areas will require excavation/disposal. Post excavation sampling will be performed to verify the success of the remediation. Waste characterization samples for disposal will be collected from these areas.

### 1- EPH Area of Concern

Based on the preliminary investigation results, it appears that the soils in one area of approximately 30' x 30' to a depth of approximately 8 feet, has been moderately impacted by EPH contamination. In order to address the EPH soil contamination, there area will require excavation/disposal. Post excavation sampling will be performed to verify the success of the remediation. Waste characterization samples for disposal will be collected from these areas.

**Cost Estimate Task 3**                                                                 **$12,500.00**


## TASK 4-Oversight for Historic Fill soil remediation/capping

We have also provided costs for the anticipated management tasks that are likely to be required in order to properly cap the site with filter fabric, clean fill and impervious cover. TERMS will provide the safety/environmental oversight related to the soil remediation that will be performed by others.

TERMS will provide individuals to serve as the site Health & Safety Officer (HSO) that will be responsible for ensuring that all activities are in conformance with the protocols defined in the HASP

TERMS will provide an individual to serve as the Project Manager PM that will be responsible for ensuring that all activities are in conformance with the protocols defined in the RAW. Field equipment (meters, monitors, etc) are also included in this task.

As the actual physical remediation will be performed by others, it is difficult to calculate a lump sum cost, therefore TERMS has provide a per diem rate for these services. For budgeting purposes, we are

T0061220

Borough of Edgewater – Mr. Gregory S. Franz
Cost Proposal –Site Remediation – Veterans Field, Edgewater, NJ
June 6, 2012
Page 3

assuming a total of 30 days onsite. If additional time is required it will be billed at $ 750/day (including all travel time and expenses).

**Per Diem Cost Task 4 is $ 1,300.00/day**

**Budgetary Cost Estimate Task 4**                                                                 $39,000.00

### Task 5-Groundwater Investigation

TERMS anticipates the installation of five permanent monitoring wells. At a minimum, the NJDEP will require the establishment of a CEA. It is possible that some additional groundwater modeling or additional wells may be required but we do not anticipate this will be required at this time. The wells will be surveyed and synoptic measurements recorded. Contour, Isoconcentric, Isopleth, mapping as well as the predicted contaminant plume (in acceptable GIS format). Although it is highly unlikely that there are any private wells in the area, property owners with wells in the plume area will be notified. For the purposes of budgetary estimates we assume that four quarters of monitoring will be required. The first quarter of testing will include a full suite of parameters (TCL+30 and TAL metals). Based on the known contaminants subsequent rounds will be analyzed for target based on soil contaminants (PAHs) It should be noted that it is possible that additional quarterly monitoring may be needed, depending on the results of the first 4 quarters. We assume that groundwater contamination will be identified in the permanent monitoring wells. Therefore a Classification Exception Area and Remedial Action Permit for Groundwater are anticipated in this scope of work.

**Budgetary Estimate Task 5**                                                                 $50,000.00-$71,250.00

### Task 6-Project Management/LSRP Services

This task includes all Project Management and anticipated meetings, preparation of interim documents and the Remedial Action Permit for Soil. This task also includes all LSRP services, including preparation of forms and issuance of the Response Action Outcome (RAO) based on the assumption that no additional investigation, beyond what is proposed in this document, will be needed.

**Budgetary Estimate Task 6**                                                                 <u>$12,500.00</u>

**Total Estimated Cost Range for Project**                                                     $128,500.00-$149,750.00

Please note that any NJDEP annual remediation fees or permit fees are not included in this estimate. However for budgeting purposes, an annual remediation fee of $ 3,700.00 will be required assuming the groundwater and river are impacted or $ 2,800.00 if no impact to the river. The initial soil and groundwater permit fee will be $1,400.00 with annual renewal fees of approximately $ 900.00. Please note that once the initial permits are established the annual remediation fee is no longer required.

T0061221

Borough of Edgewater – Mr. Gregory S. Franz  
Cost Proposal –Site Remediation – Veterans Field, Edgewater, NJ  
June 6, 2012  
Page 4

TERMS appreciates the opportunity to propose our environmental consulting services to The Borough. Should you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,  
**TERMS Environmental Services, Inc.**

*Pete Lakatos*

Pete Lakatos  
Project Manager

AUTHORIZED BY: (print name) _____

SIGNATURE: _____     DATE: _____

Proposal/2012/neglia/veterans field soil delineation

T0061222