# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>    Plaintiff,<br><br>    v.<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES; TERMS ENVIRONMENTAL SERVICES, INC.; ALCOA INC. (formerly known as "Aluminum Company of America"); ALCOA DOMESTIC LLC, as successor in interest to A.P. NEW JERSEY, INC.; et al.,<br><br>    Defendants,<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH, LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; and FRED A. DAIBES,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>NEGLIA ENGINEERING ASSOCIATES,<br><br>    Third-Party Defendant,<br><br>(caption continued on next page) | Case Nos.: 2:14-CV-05060-JMV-JBC<br>               2:14-cv-08129-MCA-LDW<br>Hon. John M. Vazquez, U.S.D.J.<br>Hon. James B. Clark, III, U.S.M.J.<br><br>**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT TO ARCONIC** |

(continued from previous page)

ALCOA DOMESTIC, LLC, as successor in interest to A.P. NEW JERSEY, INC.,

    Defendant/Third-Party Plaintiff,

    v.

COUNTY OF BERGEN and RIVER ROAD IMPROVEMENT PHASE II, INC., and HUDSON SPA, LLC,

Third-Party Defendants.

**THIS MATTER** having come before the Court by way of motion by Defendants/Third-Party Plaintiffs Arconic Inc. (f/k/a Alcoa Inc.) and Arconic Domestic, LLC's (f/k/a Alcoa Domestic, LLC as successor in interest to A.P. New Jersey, Inc.) (collectively "Arconic"), for an Order pursuant to Fed. R. Civ. P. 56, granting summary judgment to Arconic against North River Mews Associates, LLC ("North River"), 38 COAH, LLC ("38 COAH") and River Road Improvement Phase II, Inc. ("RRIP); and

The Court having considered the papers in support of and in opposition to the motion, and the oral argument of the parties (if any); and for good cause shown;

**IT IS** on this \_\_\_\_ day of _____, 2020,

**ORDERED** that Arconic's motion for summary judgment is hereby **GRANTED;** and it is further

2

**ORDERED** that North River and 38 COAH's claims against Arconic are dismissed with prejudice; and it is further

**ORDERED** that Arconic's breach of contract claim against North River and RRIP is hereby granted.

_____
Hon. John M. Vazquez, U.S.D.J.