# EXHIBIT 9

**Aluminum Company of America**
**Legal Department**



VIA OVERNIGHT DELIVERY

June 24, 1997

Mr. Amir Daibes
945 River Road
Edgewater, New Jersey 07020

Re: Edgewater, NJ Site Drawings and Microfilm

Dear Mr. Daibes:

Pursuant to our telephone conversation of today, enclosed you will find microfilm blueprints dating back to 1915 of the former Alcoa Edgewater Works. Under separate cover, I am sending to you four Federal Express tubes containing original drawings of the Edgewater Works.

You are welcome to keep these original drawings and microfilm blueprints, but if for some reason the sale does not take place, we would appreciate your returning them to us.

Very truly yours,

*Peggy Novacky*
Margaret F. Novacky
Paralegal

Enclosures

425 Sixth Avenue, Suite 1261E, Alcoa Building, Pittsburgh, Pennsylvania 15219-1850 USA

A003138