UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>   Plaintiff,<br> v.<br>WATERSIDE CONSTRUCTION, LLC; 38 COAH , LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES; TERMS ENVIRONMENTAL SERVICES, INC.; ALCOA INC.; ALCOA DOMESTIC, LLC, as successor in interest to A.P. NEW JERSEY, INC.; HUDSON SPA, LLC; JOHN DOES 1-100; ABC CORPORATIONS 1-100,<br><br>   Defendants<br>and<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES,<br><br>   Defendants/ Third-Party Plaintiffs<br>v.<br><br>NEGLIA ENGINEERING ASSOCIATES,<br><br>   Third-Party Defendants,<br>and<br><br>ALCOA DOMESTIC, LLC as successor in interest to A.P. NEW JERSEY, INC.,<br><br>   Defendant/Third-Party Plaintiff,<br>v.<br><br>COUNTY OF BERGEN; RIVER ROAD IMPROVEMENT PHASE II, INC.; HUDSON SPA, LLC,<br><br>   Third-Party Defendants. | Civil Action No. 14-5060<br><br>**<u>ORDER</u>** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 30th day of June, 2021,

**ORDERED** that Plaintiff's motion for summary judgment (D.E. 347) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for summary judgment (D.E. 348) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for summary judgment (D.E. 350) is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Plaintiff's motion (D.E. 350) is **GRANTED** as to Plaintiff's Spill Act claim against Waterside Construction, LLC; and it is further

**ORDERED** that Plaintiff's motion (D.E. 350) is **GRANTED** as to Plaintiff's Spill Act claim against 38 COAH; and it is further

**ORDERED** that Plaintiff's motion (D.E. 350) is otherwise **DENIED;** and it is further

**ORDERED** that Plaintiff's motion for summary judgment (D.E. 353) is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Plaintiff's motion (D.E. 353) is **GRANTED** as to Plaintiff's CERCLA claim against Waterside Construction, LLC as an "operator"; and it is further

**ORDERED** that Plaintiff's motion (D.E. 353) is **GRANTED** as to Plaintiff's CERCLA claim against Waterside Construction, LLC as an "transporter"; and it is further

**ORDERED** that Plaintiff's motion (D.E. 353) is otherwise **DENIED.**

.
                                           John Michael Vazquez, U.S.D.J.