# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

BOROUGH OF EDGEWATER,

  Plaintiff,

v.

WATERSIDE CONSTRUCTION, LLC; 38 COAH , LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES; TERMS ENVIRONMENTAL SERVICES, INC.; ALCOA INC.; ALCOA DOMESTIC, LLC, as successor in interest to A.P. NEW JERSEY, INC.; HUDSON SPA, LLC; JOHN DOES 1-100; ABC CORPORATIONS 1-100,

  Defendants

and

WATERSIDE CONSTRUCTION, LLC; 38 COAH LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES,

  Defendants/ Third-Party Plaintiffs

v.

NEGLIA ENGINEERING ASSOCIATES,

  Third-Party Defendants,

and

ALCOA DOMESTIC, LLC as successor in interest to A.P. NEW JERSEY, INC.,

  Defendant/Third-Party Plaintiff,

v.

COUNTY OF BERGEN; RIVER ROAD IMPROVEMENT PHASE II, INC.; HUDSON SPA, LLC,

  Third-Party Defendants.

Civil Action No. 14-5060

**<u>ORDER</u>**

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 19th day of July, 2021,

**ORDERED** that the motion for summary judgment of Defendants Arconic Inc. (f/k/a Alcoa Inc.) and Arconic Domestic, LLC (f/k/a Alcoa Domestic LLC, as successor in interest to A.P. New Jersey, Inc.) (collectively "Arconic") (D.E. 344) is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Arconic's motion (D.E. 344) is **GRANTED** as to Plaintiff's Spill Act claim against Arconic; and it is further

**ORDERED** that Arconic's motion (D.E. 344) is **GRANTED** as to Plaintiff's CERCLA claim against Arconic; and it is further

**ORDERED** that Arconic's motion (D.E. 344) is otherwise **DENIED;** and it is further

**ORDERED** that Plaintiff's motion for summary judgment (D.E. 349) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for summary judgment (D.E. 352) is **DENIED**; and it is further

**ORDERED** that Arconic's motion to strike (D.E. 402) is **DENIED as moot**.

.

_____
John Michael Vazquez, U.S.D.J.