## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>   Plaintiff,<br> v.<br>WATERSIDE CONSTRUCTION, LLC; 38 COAH , LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES; TERMS ENVIRONMENTAL SERVICES, INC.; ALCOA INC.; ALCOA DOMESTIC, LLC, as successor in interest to A.P. NEW JERSEY, INC.; HUDSON SPA, LLC; JOHN DOES 1-100; ABC CORPORATIONS 1-100,<br><br>   Defendants<br>and<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES,<br><br>   Defendants/ Third-Party Plaintiffs<br>v.<br><br>NEGLIA ENGINEERING ASSOCIATES,<br><br>   Third-Party Defendants,<br>and<br><br>ALCOA DOMESTIC, LLC as successor in interest to A.P. NEW JERSEY, INC.,<br><br>   Defendant/Third-Party Plaintiff,<br>v.<br><br>COUNTY OF BERGEN; RIVER ROAD IMPROVEMENT PHASE II, INC.; HUDSON SPA, LLC,<br><br>   Third-Party Defendants. | Civil Action No. 14-5060<br><br>**<u>ORDER</u>** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 17th day of August, 2021,

**ORDERED** that the motion filed by Defendants Arconic Inc. (f/k/a Alcoa Inc.) and Arconic Domestic, LLC (f/k/a Alcoa Domestic LLC, as successor in interest to A.P. New Jersey, Inc.) (collectively "Arconic") for summary judgment (D.E. 345) is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Arconic's motion (D.E. 345) is **GRANTED** as to counts three and four of the Crossclaims by Fred Daibes; North River Mews Associates, LLC ("North River"); Waterside Construction, LLC; 38 COAH, LLC; and Daibes Brothers, Inc. (D.E. 24); and it is further

**ORDERED** that Arconic's motion (D.E. 345) is otherwise **DENIED**; and it is further

**ORDERED** that Arconic's motion for summary judgment (D.E. 351) is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Arconic's motion (D.E. 351) is **GRANTED** as to counts one and two of the Complaint by North River and 38 COAH, LLC (14-8129, D.E. 28); and it is further

**ORDERED** that Arconic's motion (D.E. 351) is otherwise **DENIED**; and it is further

**ORDERED** that Arconic's motion to strike (D.E. 403) is **DENIED**.

.

John Michael Vazquez, U.S.D.J.