UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>       Plaintiff,<br>  v.<br>WATERSIDE CONSTRUCTION, LLC; 38 COAH , LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES; TERMS ENVIRONMENTAL SERVICES, INC.; ALCOA INC.; ALCOA DOMESTIC, LLC, as successor in interest to A.P. NEW JERSEY, INC.; HUDSON SPA, LLC; JOHN DOES 1-100; ABC CORPORATIONS 1-100,<br><br>       Defendants<br>and<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES,<br><br>       Defendants/ Third-Party Plaintiffs<br>v.<br><br>NEGLIA ENGINEERING ASSOCIATES,<br><br>       Third-Party Defendants,<br>and<br><br>ALCOA DOMESTIC, LLC as successor in interest to A.P. NEW JERSEY, INC.,<br><br>       Defendant/Third-Party Plaintiff,<br>v.<br><br>COUNTY OF BERGEN; RIVER ROAD IMPROVEMENT PHASE II, INC.; HUDSON SPA, LLC,<br><br>       Third-Party Defendants. | Civil Action No. 14-5060<br><br>**<u>ORDER</u>** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 29th day of September, 2021,

**ORDERED** that the motion filed by Hudson Spa, LLC for summary judgment (D.E. 342) is **GRANTED**.[1]

_____
John Michael Vazquez, U.S.D.J.

---

[1] Hudson Spa, LLC moved for summary judgment as to the negligence and Spill Act claims asserted against it. The motion is therefore granted only as to those claims.