UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>   Plaintiff,<br><br> v.<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH , LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES; TERMS ENVIRONMENTAL SERVICES, INC.; ALCOA INC.; ALCOA DOMESTIC, LLC, as successor in interest to A.P. NEW JERSEY, INC.; HUDSON SPA, LLC; JOHN DOES 1-100; ABC CORPORATIONS 1-100,<br><br>   Defendants<br><br>and<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES,<br><br>   Defendants/ Third-Party Plaintiffs<br><br> v.<br><br>NEGLIA ENGINEERING ASSOCIATES,<br><br>   Third-Party Defendants,<br><br>and<br><br>ALCOA DOMESTIC, LLC as successor in interest to A.P. NEW JERSEY, INC.,<br><br>   Defendant/Third-Party Plaintiff, | Civil Action No. 14-5060<br><br>**<u>ORDER</u>** |

2

v.

COUNTY OF BERGEN; RIVER ROAD IMPROVEMENT PHASE II, INC.; HUDSON SPA, LLC,

       Third-Party Defendants.

**John Michael Vazquez, U.S.D.J.**

    For the reasons expressed in the accompanying Opinion, and for good cause shown,

    **IT IS** on this 29th day of April 2022, hereby

    **ORDERED** that Defendant's motion to amend this Court's August 17, 2021 Order, D.E. 423, is **GRANTED;** and it is further

    **ORDERED** that Defendant's motion for reconsideration, D.E. 424, is **DENIED**.

                                _____
                                John Michael Vazquez, U.S.D.J.