UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WATERSIDE CONSTRUCTION, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 14-5060-JMV-AME<br><br>**ORDER** |

**THE COURT** having held a status conference in this matter on November 3, 2022, during which the parties discussed a desire to revisit mediation as soon as possible and move forward to trial preparation if mediation appears unlikely to present a rapid path to a resolution of all claims. Accordingly, with good cause shown,

**IT IS** on this 9th day of November 2022,

**ORDERED** as follows:

1. The parties shall meet and confer directly about the possibility of settlement and assess the schedule of the mediator with whom they have met in the past to determine a possible date for additional formal mediation as soon as is practicable.

2. On or before December 29, 2022, the parties shall file a joint letter updating the Court on the status of (i) their direct settlement discussions; (ii) whether they intend to pursue formal mediation and a schedule for that effort, and (iii) any other relevant matters. The Court will set a follow-up status conference by further order.

　　　　　　　　　　　　　　　　　　　　/s/ *André M. Espinosa*　　　　
　　　　　　　　　　　　　　　　　　ANDRÉ M. ESPINOSA, U.S.M.J.