# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>Plaintiff,<br><br>v.<br><br>WATERSIDE CONSTRUCTION, LLC, et al.,<br><br>Defendants. | **Civil Action No. 14-5060-JMV-AME**<br><br>**ORDER** |

Discovery in this matter having been concluded; and for good cause shown,

**IT IS** on this 10th day of January 2023,

**ORDERED** that counsel shall meet and confer to prepare a proposed Final Pretrial Order; and it is further

**ORDERED** that by March 17, 2023, the parties shall jointly file on CM/ECF the proposed Final Pretrial Order. The proposed Order must be in the form required by the District Judge. All parties and counsel are responsible for timely filing a complete proposed Order; and it is further

**ORDERED** that the Final Pretrial Conference will be conducted pursuant to Fed. R. Civ. P. 16(e) on **March 28, 2023, at 10:30 a.m.** at the Martin Luther King, Jr. U.S. Courthouse, 50 Walnut Street, Room 2037, Courtroom 2D, Newark, New Jersey 07102.

 /s/ *André M. Espinosa*  
ANDRÉ M. ESPINOSA  
United States Magistrate Judge