

**LINDABURY**
McCORMICK, ESTABROOK & COOPER, P.C.
Attorneys at Law

Eric B. Levine, Esq.
elevine@lindabury.com

January 17, 2023

**Via ECF**
Hon. John Michael Vasquez
United States District Court, District of NJ
Martin Luther King Building and US Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *Borough of Edgewater v. Waterside Construction, LLC, et als.*
Case No.: 2:14-cv-05060

*North River Mews v. Alcoa, et als.*
Case No.: 2:14-cv-08129

Dear Judge Vasquez:

This firm represents Defendant Terms Environmental. Pursuant to Your Honor's January 12, 2023, Text Order (D.E. 443), please note the defendant has no objection to the consolidation of the above matters for trial.

As always, if you have any questions, please do not hesitate to call me. Thank you.

Respectfully Submitted,

LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.

Eric B. Levine

EBL:amq