# K&L GATES

January 19, 2023

Dana B Parker
Counsel
dana.parker@klgates.com

T +1 973 848 4091
F +1 973 848 4001

**Via ECF**

The Honorable André M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Frank R. Lautenburg U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07101

**Re:** *Borough of Edgewater v. Waterside Construction, LLC et al.*, Case No.: 2:14-cv-05060; *North River Mews v. Alcoa et al.*, Case No. 2:14-cv-08129

Dear Judge Espinosa:

On behalf of Defendants Arconic Inc., and Arconic Domestic, LLC (collectively, "Arconic"), we write in response to the January 12, 2023, correspondence to the Court from Kevin Corriston, counsel for Hudson Spa Club, LLC, to prevent any misunderstanding regarding Hudson Spa's status in this matter.[1]

Mr. Corriston's letter appears to suggest that Hudson Spa is not required to participate in further proceedings because it was dismissed from this matter by the Court's September 29, 2021, Order granting Hudson Spa's motion for summary judgment (ECF No. 430) (the "Order"). Although the Order granted Hudson Spa's motion, the dismissal applied only to a subset of claims asserted against Hudson Spa:

> Hudson Spa, LLC moved for summary judgment as to the negligence and Spill Act claims asserted against it. The motion is therefore granted only as to those claims.

*Id.* Hudson Spa did not move to dismiss Arconic's common law contribution claim against it (*see* Arconic's Third-Party Complaint, December 13, 2017 (ECF No. 249)), and, accordingly, that claim remains active. Likewise, Arconic understands that the Borough of Edgewater's CERCLA cost

---

[1] Attached as **Exhibit A**.

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000   F +1 973 848 4001   klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey

recovery, unjust enrichment, and strict liability claims against Hudson Spa likewise remain active. As a result, Hudson Spa remains a party in this matter.

Respectfully submitted,

Dana B. Parker

cc:     All counsel of record (via ECF)

2

January 19, 2023