LAW OFFICES

# BRESLIN AND BRESLIN, P.A.

41 MAIN STREET
HACKENSACK, N.J. 07601-7087
(201) 342-4014
FAX (201) 342-0068

www.BreslinandBreslin.com

DONALD A. CAMINITI ■ ◊ ▽ *
TERRENCE J. CORRISTON *
KEVIN C. CORRISTON *
E. CARTER CORRISTON, JR. *

E. CARTER CORRISTON, SR. (1961-2019)
ANGELO A. BELLO (1985 -2007)
JAMES A. BRESLIN (1969 - 1980)
JOHN J. BRESLIN, JR. (1935 - 1987)

■ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
◊ Certified by the National Board of Trial Advocacy as a Civil Trial Advocate
▽ Fellow American College of Trial Lawyers
* N.J. & N.Y. Bars

Writer's Extension: 219
Email:
KCorriston@breslinandbreslin.com

January 12, 2023

<u>VIA EMAIL</u>
Honorable André M. Espinosa, U.S.M.J
U.S. District Court for the District of New Jersey
Frank R. Lautenburg U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07101

   Re: *Borough of Edgewater vs. Waterside Construction, et al*
      *Civil Action No. 2:14-cv-05060 (JMV-AME)*

Dear Judge Espinosa:

  As Your Honor is aware, I represent Third-Party Defendant/Defendant/Cross Claimant Hudson Spa Club, LLC ("Hudson Spa") in the above captioned matter. I am in receipt of an email dated January 12, 2023 from Your Honor's law clerk, Joshua Sherman, attaching a Final Pretrial Order form to be submitted by all parties in this matter.

  I enclose for Your Honor's convenience a copy of Judge John Michael Vazquez's Order of September 29, 2021 granting Summary Judgment to my client.

          Respectfully submitted,

          BRESLIN AND BRESLIN, P.A.

          Kevin C. Corriston

KCC:mlc
Enclosure
cc: All Counsel of Record (via Email)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>        Plaintiff,<br>v.<br>WATERSIDE CONSTRUCTION, LLC; 38 COAH , LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES; TERMS ENVIRONMENTAL SERVICES, INC.; ALCOA INC.; ALCOA DOMESTIC, LLC, as successor in interest to A.P. NEW JERSEY, INC.; HUDSON SPA, LLC; JOHN DOES 1-100; ABC CORPORATIONS 1-100,<br><br>        Defendants<br>and<br><br>WATERSIDE CONSTRUCTION, LLC; 38 COAH LLC; DAIBES BROTHERS, INC.; NORTH RIVER MEWS ASSOCIATES, LLC; FRED A. DAIBES,<br><br>        Defendants/ Third-Party Plaintiffs<br>v.<br><br>NEGLIA ENGINEERING ASSOCIATES,<br><br>        Third-Party Defendants,<br>and<br><br>ALCOA DOMESTIC, LLC as successor in interest to A.P. NEW JERSEY, INC.,<br><br>        Defendant/Third-Party Plaintiff,<br>v.<br><br>COUNTY OF BERGEN; RIVER ROAD IMPROVEMENT PHASE II, INC.; HUDSON SPA, LLC,<br><br>        Third-Party Defendants. | Civil Action No. 14-5060<br><br>**ORDER** |

<u>**John Michael Vazquez, U.S.D.J.**</u>

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 29th day of September, 2021,

**ORDERED** that the motion filed by Hudson Spa, LLC for summary judgment (D.E. 342) is **GRANTED**.[1]

_____
John Michael Vazquez, U.S.D.J.

---

[1] Hudson Spa, LLC moved for summary judgment as to the negligence and Spill Act claims asserted against it. The motion is therefore granted only as to those claims.

2