# EXHIBIT 22

## TERMS DEPOSITION PAGE/LINE DESIGNATIONS

i.   Shergoh Alkalini (10/10/17) – **9:13-9:24; 9:25-15:20; 16:3-19:15 (delete colloquy at 17:16-18:7; 27:7-29:1, 29:8-21**

ii.  Glen Donlan (10/30/17) – **9:22-10:6, 11:19-12:3; 12:11-13:14; 31:8-32:8**

iii. Michael Neglia (11/27/17) – **9:4-10:1; 14:8-25; 16:5-17:13; 18:13-19:9; 20:8-23; 24:18-25:12; 35:7-37:18**

iv.  Phillip Boggia (10/30/17) – **13:1-16:14; 17:16-19:11; 19:24-20:7; 15:17-17:15 (this is duplicative of the previous two designations with the exception of 16:15-17:15); 28:8-29:3; 88:19-89:1 (page and line numbers do not exist)**

v.   Gregory Franz (9/22/17) – **47:9-49:2; 49:6-50:20; 60:22-25; 65:9-20; 58:14-60:21; 87:14-88:1; 61:1-6; 88:19-89:1; 71:9-73:3; 90:24-91:9; 93:4-12; 90:2-23**

vi.  Irving Cohen (10/31/17) – **9:2-10:17; 41:8-42:2; 45:15-47:16; 49:4-50:11; 34:9-35:1; 32:22-33:2, 33:3-35:15 (this designation encompasses the previously designated text); 50:20-51:2 and 51:3-12; 62:8-10; 76:25-78:18; 79:4-80:10; 108:17-114:21 (delete colloquy at 112:14-17); 105:3-114:21 (this designation encompasses the previously designated text; take out colloquy at 106:14-18); 18:16-30:2 (delete colloquy at 25:7-16 and 25:21-25) and 30:3-31:12**

vii. John Gear (9/8/17)- **62:15-64:5; 55:2-60:4; 60:5-60:25; 25: 18-33:12; 42: 14-45:25; 42:14-49:20; 49: 21-52:15; 66:20-24; 36:7-41:25**