UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOROUGH OF EDGEWATER,<br><br>Plaintiff,<br><br>v.<br><br>WATERSIDE CONSTRUCTION, LLC, et al.,<br><br>Defendants. | Civil Action No. 14-05060-JMV-AME<br><br>**ORDER** |

**THIS MATTER** having come before the Court for a final pretrial conference, pursuant to Federal Rule of Civil Procedure 16(e), on March 28, 2023, wherein the Court addressed the parties' joint proposed final pretrial order filed on March 17, 2023 [ECF No. 452], including contemplated motions; and the Court having considered the parties' respective positions and arguments during the March 28, 2023 conference; and for the reasons set forth on the record on March 28, 2023; and for good cause shown,

**IT IS** on this 13th day of April, 2023,

**ORDERED** that by April 11, 2023, Defendant Hudson Spa LLC may file a request for leave of the District Court to file a second motion for summary judgment, in accordance with the requirements of the Honorable John Michael Vazquez, U.S.D.J., as set forth at www.njd.uscourts.gov/content/john-michael-vazquez; and it is further

**ORDERED** that by April 11, 2023, the Arconic Parties[1] may file a letter limited to five

---

[1] As set forth in the joint proposed final pretrial order, the Arconic Parties include Defendant Arconic Inc. (formerly Alcoa Inc.) and Defendant/Third-Party Plaintiff Arconic Domestic, LLC (formerly Alcoa Domestic LLC as Successor-In-Interest to A.P. New Jersey, Inc.) in Civil Action No. 14-5060 and

pages (1.5 line spacing), addressing their request for leave to move to dismiss "NRM's 'claim' for damages for recission." Within two weeks from the filing of such letter, the Waterside Parties[2] may file a responsive letter limited to five pages (1.5 line spacing). Within one week from the filing of the responsive letter, the Arconic Parties may file a reply letter limited to one page (1.5 line spacing); and it is further

**ORDERED** that the parties shall exchange and serve briefs and other documents in connection with the contemplated Federal Rule of Evidence 702 motions identified in the March 17, 2023 joint proposed final pretrial order as follows: (i) moving papers to be served by June 13, 2023; (ii) opposition papers, if any, to be served by July 31, 2023; and (iii) reply papers, if any, to be served by August 15, 2023. The motions briefed according to the foregoing schedule shall not be filed on the docket until all such briefing is complete. On August 15, 2023, any moving party shall file its Rule 702 motion and all papers in support thereof. Within three days thereafter, any opposing party shall file its opposition papers. Within three days thereafter, any moving party shall file its reply papers; and it is further

**ORDERED** that the parties shall exchange and serve briefs and other documents in connection with the contemplated *in limine* motions identified in the March 17, 2023 joint proposed final pretrial order, including those concerning judicial notice and lay opinion testimony issues, as follows: (i) moving papers to be served by October 13, 2023; and (ii) opposition papers, if any, to be served by December 15, 2023. The motions briefed according to

---

Defendants Arconic Inc. (formerly Alcoa Corporation) and Arconic Domestic, LLC (formerly Alcoa Domestic LLC as Successor-In-Interest to A.P. New Jersey, Inc.) in Civil Action No. 14-8129.

[2] As set forth in the joint proposed final pretrial order, the Waterside Parties include Defendants Waterside Construction, LLC, 38 COAH, LLC, North River Mews Associates, LLC, Daibes Brothers, Inc. and Fred A. Daibes, and Third-Party Defendant, River Road Improvement Phase II, Inc. in Civil Action No. 14-5060 and Plaintiffs North River Mews Associates, LLC and 38 COAH Associates, LLC in Civil Action No. 14-8129.

the foregoing schedule shall not be filed on the docket until briefing is complete. On December 15, 2023, any moving party shall file its *in limine* motions and all papers in support thereof. Within three days thereafter, any opposing party shall file its opposition papers; and it is further

**ORDERED** that any request for an extension of the foregoing deadlines must be supported by a certification of counsel setting forth in detail circumstances constituting good cause; and it is further

**ORDERED** that the Court will continue the final pretrial conference on Friday, January 19, 2024, at 10:00 a.m., in-person, in Courtroom 2D of the Martin Luther King, Jr. Federal Courthouse, 50 Walnut Street, Newark, New Jersey; and it is further

**ORDERED** that, prior to the continued final pretrial conference, the parties shall meet and confer to prepare an amended joint proposed final pretrial order, based on the form of order supplied by the Court, and file it on or before January 15, 2024; and it is further

**ORDERED** that the parties shall meet and confer concerning deposition testimony designations and any objections thereto in preparation of the amended joint proposed final pretrial order and in anticipation of the continued final pretrial conference.

   /s/ *André M. Espinosa*  
ANDRÉ M. ESPINOSA  
United States Magistrate Judge