

April 20, 2023

Charles F. Rysavy
charles.rysavy@klgates.com
T +1 973 848 4053
F +1 973 848 4001

**Via Electronic Filing (CM/ECF)**

Clerk of Courts
United States District Court for the District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, NJ  07102

    RE: **Borough of Edgewater v. Waterside Construction, LLC, et al**
       **Civil Action No. 2:14-cv-5060-JMV-AME**

To Whom It May Concern,

We represent Defendants Alcoa Inc. and Alcoa Domestic, LLC, in this matter. Michael E. Waller, Esq., who was previously the lead attorney receiving notices in this matter for Alcoa Inc. and Alcoa Domestic, LLC, is no longer associated with K&L Gates LLP and no longer represents any party in this matter. Accordingly, please remove his name from the docket as a representing attorney, and from CM/ECF notifications, for this matter. In addition, please designate myself as the lead attorney for Alcoa Inc. and Alcoa Domestic, LLC.

Thank you for your attention to this matter,

/s/ Charles F. Rysavy

Charles F. Rysavy

  cc: Counsel of Record (CM/ECF)